UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIO & RACHELLE MENDOZA., individually and the marital community comprised thereof,<br><br>Defendants. | Case No.: 2:18-CV-01453-RSL<br><br>STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED ANSWER AND EXTENDING TRIAL SCHEDULE |

## I.  STIPULATION

WHEREAS, Defendants filed their Answer to Plaintiff's Complaint for Declaratory Damages on January 10, 2019.

WHEREAS Defendants move to file an Amended Answer to assert counterclaims against Plaintiff pursuant to Fed. R. Civ. P. 15(a).

WHEREAS Defendants contend that they need additional time pursuant to Local Rules 7(j) and 16(b)(5) so that defendants can properly defend themselves, assert counterclaims, and possibly assert third-party claims.

STIPULATION AND ORDER: Page 1 of 2

LEVY • VON BECK & ASSOCIATES, P.S.
600 University Street, Suite 3300
Seattle, WA 98101
(206) 626-5444
(206) 382-5527 FAX

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, subject to the approval of this Court, that the Defendants are granted leave to file their First Amended Answer and Counterclaims.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, subject to the approval of this Court, that all deadlines established April 10, 2019 Minute Order Setting Trial Date and Related Dates shall be continued for 90 days.

SO STIPULATED this 16th day of May, 2019.

| LEVY | VON BECK | COMSTOCK | P.S. | WILSON SMITH COCHRAN DICKERSON |
|---|---|

s/ Dave von Beck
s/ Katie J. Comstock

_____
Dave von Beck, WSBA No. 26166
Katie J. Comstock, WSBA No. 40637
1200 Fifth Avenue, Suite 1850
Seattle, WA 98101
dmvonbeck@levy-law.com
katie@levy-law.com
T/F: 206.626.5444
*Attorneys for Defendants Patricio and Rachelle Mendoza*

s/ Sarah L. Eversole

_____
Sarah L. Eversole, WSBA No. 36335
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
eversole@wscd.com
T: (206) 623-4100
F: (206) 623-9273
*Attorneys for Plaintiff IDS Property Casualty Insurance Company*

STIPULATION AND ORDER: Page 2 of 2

LEVY • VON BECK & ASSOCIATES, P.S.
600 University Street, Suite 3300
Seattle, WA 98101
(206) 626-5444
(206) 382-5527 FAX

## II. ORDER

Based upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that the Defendants are granted leave to file their First Amended Answer and Counterclaims.

IT IS FURTHER ORDERED that all deadlines established in the April 10, 2019 Minute Order Setting Trial Date and Related Dates shall be continued for <u>90 days</u>. An amended case management order will be issued.

Dated this 21st day of May, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER: Page 3 of 2

LEVY • VON BECK & ASSOCIATES, P.S.
600 University Street, Suite 3300
Seattle, WA 98101
(206) 626-5444
(206) 382-5527 FAX